UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME MARKIEL DAVIS, <br> Plaintiff, <br> v. <br> CARLOS BOLANOS, et al., <br> Defendants. | Case No. 19-cv-01605-SI <br><br> **ORDER** |

Plaintiff did not receive a copy of the September 17, 2019, order of dismissal with leave to amend because he was moved to a new prison at about the time the order was issued. *See* Docket Nos. 14, 15. Accordingly, the clerk will mail a copy of the order of dismissal with leave to amend (Docket No. 13) to plaintiff at his new address at Kern Valley State Prison. Plaintiff must file an amended complaint complying with the directions in that order no later than **December 6, 2019.** Failure to file an amended complaint by the deadline will result in the dismissal of this action.

**IT IS SO ORDERED**.

Dated: November 7, 2019

SUSAN ILLSTON
United States District Judge