1
2
3
4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6

7    JEROME MARKIEL DAVIS,                    Case No. 19-cv-01605-SI

8              Plaintiff,

                                            **ORDER RE. AMENDED COMPLAINT**
9         v.
                                            Re: Dkt. No. 18
10   CARLOS BOLANOS, et al.,

11             Defendants.

12

13        On September 17, 2019, the court dismissed the complaint with leave to amend, requiring

14   plaintiff to file an amended complaint by October 28, 2019.  Docket No. 13.  The deadline to file

15   the amended complaint was later extended to December 6, 2019.  Docket No. 17.  Plaintiff has sent

16   a letter to the court that the court construes to be a request for (a) a copy of the order of dismissal

17   with leave to amend, (b) a copy of the civil rights complaint form, and (c) an extension of the

18   deadline to file an amended complaint.  Docket No. 18.  Plaintiff's requests are GRANTED.

19        The clerk will mail to plaintiff a copy of the civil rights complaint form and a copy of the

20   order of dismissal with leave to amend (i.e., Docket No. 13).  The clerk also will update the docket

21   to reflect plaintiff's current address as the California Correctional Institution in Tehachapi,

22   California, as shown on his most recent mailing.  *See* Docket No. 18-1.

23        Plaintiff must file his amended complaint no later than **January 10, 2020.**  No further

24   extensions of this deadline should be expected.  Failure to file the amended complaint by the

25   deadline will result in the dismissal of this action.

26
27
28

Plaintiff is reminded that he must file a "notice of change of address" each time he is moved to a new facility.

**IT IS SO ORDERED**.

Dated: December 3, 2019

_____
SUSAN ILLSTON
United States District Judge