UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME MARKIEL DAVIS, <br> Plaintiff, <br> v. <br> CARLOS BOLANOS, et al., <br> Defendants. | Case No. 19-cv-01605-SI <br><br> **ORDER** <br> Re: Dkt. No. 20 |

The court has waited several months for plaintiff to file an amended complaint. On September 17, 2019, the court dismissed the complaint with leave to amend, requiring plaintiff to file an amended complaint by October 28, 2019. Docket No. 13. The deadline to file the amended complaint was later extended to December 6, 2019, and then again to January 10, 2020. Docket Nos. 17, 19.

Plaintiff recently sent a letter to the court in which he stated that he did not receive his "re-amend complaint." Docket No. 20. The court is unsure whether plaintiff means that he did not receive the December 3, 2019 "order re. amended complaint" or means that he has not received an amended complaint form. If he is aware of an order, he is expected to comply with it, regardless of whether he physically possesses it. If he thinks there is a special amended complaint form that he needs to use, he is mistaken because there is no separate form for an amended complaint. Plaintiff can use the court's civil rights complaint form and simply write "amended complaint" and the case number for this case on the first page of that form to make it his amended complaint. Alternatively, he can use blank paper to write his amended complaint without using the form.

The clerk will mail to plaintiff another copy of the civil rights complaint form for plaintiff to use in preparing his amended complaint.

Plaintiff must file his amended complaint no later than **February 24, 2020.** *This deadline will not be further extended.* Failure to file the amended complaint by the deadline will result in the dismissal of this action.

**IT IS SO ORDERED**.

Dated: January 22, 2020

_____
SUSAN ILLSTON
United States District Judge