UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME MARKIEL DAVIS,<br>Plaintiff,<br>v.<br>CARLOS BOLANOS, et al.,<br>Defendants. | Case No. 19-cv-01605-SI<br><br>**ORDER OF DISMISSAL** |

On September 17, 2019, the court dismissed the complaint for failure to state a claim and granted plaintiff leave to file an amended complaint by October 28, 2019. Docket No. 13. The deadline to file the amended complaint was later extended to December 6, 2019, then to January 10, 2020, and then to February 24, 2020. Docket Nos. 17, 19, 21. In the order that extended the deadline to February 24, 2020, the court cautioned plaintiff: "*This deadline will not be further extended. Failure to file the amended complaint by the deadline will result in the dismissal of this action.*" Docket No. 21 at 2. Plaintiff did not file an amended complaint, and the deadline by which to do so has passed. For the foregoing reasons, and the reasons stated in the order of dismissal with leave to amend, this action is DISMISSED for failure to state a claim upon which relief may be granted. The clerk shall close the file.

**IT IS SO ORDERED**.

Dated: March 3, 2020

                                                                                         _____
                                                                                         SUSAN ILLSTON
                                                                                         United States District Judge