UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME MARKIEL DAVIS,<br><br>Plaintiff,<br><br>v.<br><br>CARLOS BOLANOS, et al.,<br><br>Defendants. | Case No. 19-cv-01605-SI<br><br>**JUDGMENT** |

This action is dismissed for failure to state a claim upon which relief may be granted.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: March 3, 2020

_Susan Illston_
_____
SUSAN ILLSTON
United States District Judge